GIUSEPPE IANDIORIO, as Administrator of the Estate of GIUSEPPE MAFFEI, Deceased, Appellant, *v.* AMERICAN SILK DYEING AND FINISHING COMPANY, Respondent.

*Iandiorio* v. *American Silk D. & F. Co.*, 136 App. Div. 930, affirmed.
(Argued June 7, 1911; decided June 16, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 20, 1910, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for the death of plaintiff's intestate alleged to have been occasioned by the negligence of defendant, his employer.

*Rosario Maggio* for appellant.

*Bertrand L. Pettigrew* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and COLLIN, JJ.